IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>        Plaintiff,<br><br>vs.<br><br>**SHAUN MILLER**,<br><br>        Defendant. | **Criminal No.** 16-CR-10096(2s)-PBS |

# MOTION FOR RULE 11 HEARING

The United States of America hereby moves this Court to schedule a Rule 11 hearing in the above-captioned case. In support of this motion, the Government states as follows:

1) The parties wish to inform the Court that a resolution has been reached in the above-captioned case.

2) A duly-executed copy of the plea agreement is attached hereto as Exhibit A.

3) Accordingly, the parties wish to have a Rule 11 hearing. The Government respectfully asks that this hearing not be held during the week of October 17-21st.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

                                  By:    */s/ Eric S. Rosen*
                                               ERIC S. ROSEN
                                             Assistant U.S. Attorney

Dated: October 7, 2016

## **CERTIFICATE OF SERVICE**

       This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

                                           */s/ Eric S. Rosen*
                                           ERIC S. ROSEN
                                           Assistant U.S. Attorney

Dated: October 4, 2016