Dear Your Honor,

As I realize that I am a 31 year-old grown man and that there is no excuse for the crimes that I have committed, I would atleast like to give you an idea of how my brain works and why it functions on such a criminal level. I haven't always been involved in a life of crime Your Honor. There was a time when I was a good boy, when I did well in school, when I was just an innocent child, but for me that seems like so long ago. When I was 8 years old my parent got divorced. It took a big toll on me. My father took my older brother to live with him and left me and my 2 younger sisters behind. From then on my father wasn't in my life very much. My mother began dating other men. Those of which, for some strange reason, almost all were drug dealers. By the time I was 14, my mother had began dating an individual nearly twice as young as she was. He was a 22 year-old heroin and cocaine dealer by the name of Jerome Strickland. It didn't take long before my mother moved this man into our home. It also didn't take long before this man had gotten my mother hooked on cocaine. I wish I could say Your Honor that I just woke up one day and decided that I wanted to sell drugs. I think if that were the case it would be a whole lot easier for me to change my ways and therefor, you probably wouldn't be reading this letter, as I probably would not have committed the crimes for which I am standing before you today. I probably would have learned my lesson after my first incarceration and moved forward in the right direction

a long time ago. Unfortunately Your Honor, life for me is not so simple. I didn't wake up one morning and decide that I wanted to be a drugdealer. I woke up one morning, walked into my livingroom, and found a gang of drugdealers with guns sitting on my mothers couch playing videogames, smoking marijuanna and selling crack cocaine out of our back door. From that day on, I woke up like that every morning. Things got so bad in the house that my father eventually took my two sisters to live with him as well. Until this day, I still don't know why he never took me. It's because I was the only child my father left behind that I feel like these individuals soon after began to feel that they now owned me. Like I belonged to them. Because from that moment on, rather than treat me like the 14 year old child that I was, it's as if these individuals made it their duty to corrupt me. They smoked marijuanna with me. They drank liquor with me. They snorted cocaine with me. They gave me prescription pills. They taught me how to weigh and package narcotics. They showed me how to cook crack cocaine. They used me to make drug transactions. You see Your Honor, I didn't have to leave home to pick up this sort of behavior off the streets. All I had to do was wake up and it was right there waiting for me. Drug use, alcohol abuse, drugdealing. Those were an everyday occurance in my household. There was no way I could carry on with school. It's not like my mother enforced education on me at that point anyway. All my mother did was allow these things to happen. I guess maybe her addiction helped her block it all out. Or atleast that's what I tell

myself anyhow. Because I can't seem to understand how a mother could sit back and watch as her baby boy be taken over by such evil individuals and do nothing about it. Rather than step in and save me, she contributed to my belief that these things were okay. To a child who didn't know any better, it almost appeared as if these things were legal. Because for years, nobody ever got arrested for it. The police never came. The Department of Children and Families never got involved. This behavior just occurred. Day in and day out. Until eventually I was old enough to leave home. At that point I had no idea how to be a productive member of society. I was 18 years old, I had no education, and I had no job experience. On top of all that I had been brainwashed. So I did what I knew best. By 20 years old I was being sentence to 6 to 10 years in State prison. One of the things that was constantly drilled into my head growing up was to always remain silent. That if teachers, guidance counselors, case workers or the police ever came asking questions to keep quiet and never break the code of silence. So during my incarceration my mother would continuously visit me and tell me that I did nothing wrong. She would tell me instead that I did the right thing by not cooperating with authorities and taking my jail time. When I was finally released nearly 5 years later, the only support system I had was that of my mother and the same group of individuals who had raised me. So needless to say, it didn't take long before I was right back in prison serving nearly another 3 years. By the time I was

28 years old I had already served 2 State prison terms totaling almost 8 years, still had no real job experience and felt as if I was still in the same spot I was nearly a decade earlier. Only by this time I now had a 2 year old son whom I had never met. He had been stripped from his mother during my incarceration due to her severe drug abuse and neglect and had been taken into the care and custody of a distant relative of mine. The guilt and shame of me not being in my child's life drove me into a deep depression, which ultimately led to heavy drug use and an extreme heroin addiction. Once addicted to heroin, I began selling the drug to support my habbit. Despite my addiction, I slowly began to build a relationship with my son. In July of 2014, I moved into a 2 bedroom apartment and began taking him on the weekends. Nearly 8 months later, my apartment was the target of a shooting. The police made no arrests in that matter. I am not a violent man Your Honor, but out of fear I then purchased the 2 firearms in this matter to protect myself and my family. Inevitably my addiction worsened and I continued my drug dealing to afford my habbit, which ultimately brings me here today. As I've said already Your Honor, I recognize that I am an adult and take full responsibility for my actions I am in no way trying to justify my criminal behavior. I'm only trying to give you a glimpse into my background in hopes that I be not misunderstood. There is absolutely no excuse for the mistakes I've made. There are however a chain of events and a certain upbringing that have

caused me to make these mistakes time and time again. So my only prayer is that you will consider these factors in determining the proper penalty for me, as I realize that I must be punished for these mistakes. I also acknowlege the fact however, that mere punishment alone is clearly not enough for me. I needed to put an end to this madness once and for all. That is why I made a concious decision after 31 years to finally speak out and cooperate with authorities in this matter. Because my cooperation is more than just an attempt for me to get less time. It's an end to an old lifestyle that has been killing me slowly since I was 8 years old. My secrets are what have kept me bound to this lifestyle. And I strongly believe in my heart that by breaking this code of silence that has been eating me alive since a child it will be the long-anticipated break to a vicious cycle that I have been caught up in for as long as I can remember. And as I concede that there shall be consequences for my actions, I also contend that what I need more than punishment is the very thing that I've needed my whole life, I need help. I need love from friends and family, I need a healthy support system, and I need positive influences in my life. I can honestly say Your Honor that today I finally feel as if I have those things. My sister Brianna and her family have been extremely supportive in this situation and are willing to provide a healthy and stable environment for me as well as a fresh start in their hometown of Stuart, Florida. Even my mother, as negative and neglectful as she has been in the past, has been very supportive in this situation.

She has almost 5 years clean and sober, is in a healthy relationship with an honest, hard-working man, and although she enabled me to remain a fugitive from justice by allowing me to stay in her home prior to my instant arrest, she did however help me to overcome my own addiction during that time period and has shown a new loving and caring side to her that I have never seen from her before in my entire life. So I am ready to put all of this behind me, I am ready to pay my debt to society, and I am ready to move forward in a positive direction with my life. Again, my only prayer is that you can consider all that I have shared with you in rendering your decision on a sentence that you deem most appropriate for the crimes that I have committed. Thank you Your Honor.

Sincerely,

Shaun Miller