UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BETHANNE HUTCHINGS, )<br>)<br>Defendant )<br>) | CRIMINAL ACTION NO: 16-10096-PBS |

### DEFENDANT BETHANNE HUTCHINGS'S MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER

Defendant hereby moves that this Court amend Ms. Hutchings's Judgment and Commitment Order to permit Ms. Hutchings to self-report to the US Marshal Service located at the US District Court of Massachusetts on April 4, 2018 instead of the BOP facility where she has been designated. As reason for this request, Ms. Hutchings has been designated to FMC Carswell in Fort Worth, TX and has no way to get to that location on her own. The current judgement and commitment requires her to self-report to the facility on April 4, 2018.

WHEREFORE the Defendant requests the Court grant the requested relief.

Respectfully submitted,
Attorney for BETHANNE HUTCHINGS,

/s/Keren Goldenberg
Keren Goldenberg
BBO #657629
19A Alexander Ave.
Belmont, MA  02478
(617) 431-2701
keren@kgdefenselaw.com

Date: March 22, 2018

3/28/18
allowed
Patti B. Saris