TRULINCS 99741038 - MILLER, SHAUN - Unit: BRO-D-B

----------------------------------------------------------------------------------------------

FROM: 99741038
TO: Miller, Ashley
SUBJECT: CERTIFICATE OF SERVICE
DATE: 01/19/2021 02:29:09 PM

CERTIFICATE OF SERVICE

I verify that on this day of 1-19-21, a true copy of the foregoing Motion was mailed to the United States District Court for the District of Massachusetts-Massachusetts Division for filing.

/s/ Shaun Miller

Shaun Miller, Pro Se
Reg. No. 99741-038
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

FILED
IN CLERKS OFFICE
2021 JAN 25 PM 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS.