Date: 1-22-21

To: The Honorable Patti B. Saris
    1 Courthouse Way, Suite 2300
    Boston, MA 02210

From: Shaun Miller
    Reg. No. 99741-038
    Metropolitan Detention Center
    80 29th Street
    Brooklyn, NY 11232

U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 FEB -3 AM 11: 00
FILED
IN CLERKS OFFICE

Re: Case No. 1:16-CR-10096-PBS
    Update on COVID-19 Conditions at MDC Brooklyn
    in relation to recent Motion for Compassionate Release

Dear Your Honor:

    On 1-19-21 I sent an Emergency Motion for
Compassionate Release to this Court, seeking to be
released to home confinement either for the remainder
of my sentence or as a condition of Supervised Release,
based on the high-risk I am at for severe illness or
death from COVID-19 due to my current medical
Condition (obesity), the horrendous COVID-19
                    ( PAGE 1 of 4 )

Conditions at my facility, the complete lack of proper healthcare provision here at MDC Brooklyn, and other extraordinary and compelling issues surrounding the circumstances of my incarceration. In my Motion, I explained how I am currently being forced to both live and work around sick staff members and infected inmates. The very next day after placing my Motion in the mail to this Court, on 1-20-21, I learned that four-out-of-five of my work-detail supervisors have recently tested positive for COVID-19. Later that same day, when I returned to my housing unit from work, a sick inmate in my unit tested positive for COVID-19. The entire unit was then transferred to a "quarantine unit," yet only a portion of the remaining 42 inmates in my unit were tested for COVID-19 at that time. These tests were not "rapid" tests, but rather the kind that must be sent out to a lab. This means that for the past 3 days, as it is now 1-22-21, I have been forced to live in a unit where I must be fed by, as well as share showers, computers, and telephones, with other potentially-infected inmates pending test results. Sure enough, today, on 1-22-21, the results of said tests have come back to prove approximately

20 more inmates from my housing unit to be infected with COVID-19. Furthermore, the remaining inmates who were not tested on 1-20-21 have just now finally been tested, and the results of those tests will not be in for approximately another 3 days. This means that I am still being forced to live in this unit where I am being fed all of my meals by potentially-infected inmates, and where I must share showers, computers, and telephones with such individuals, despite the fact that I myself have in fact tested negative for the virus. Additionally, although the inmates from my unit who have tested positive for COVID-19 (21 in total, or 50% of the unit) have since been transferred to another "quarantine unit," the virus is still highly present in this unit, whereas nothing has been deep-cleansed, washed, disinfected, or sanitized, since these inmates have tested positive for the virus. Inmates are still walking around with old, flimsy facial masks that they have had for months now, and no new masks have been issued. This is a cruel and unusual punishment, Your Honor. I have still yet to be seen by a doctor regarding the numerous requests for medical attention I have filed based on my obesity and

the high-risk it places me at for severe illness or death from COVID-19 (the earliest request dating back to 12-8-20), and it appears that none of the medical staff here at MDC Brooklyn seem to care much about my health or safety at this point. I am now like a sitting duck in the middle of this COVID-19-infested prison and unit, just waiting for this virus to inevitably make its way into my system and quite possibly cause me to become hospitalized and even die. I am in great fear for my life and safety because of the inhumane conditions I am currently being forced to live under, and am desperately seeking the Court's help in this very serious and most urgent matter. Thank you, Your Honor, for your attention.

Very Truly,

DATED: January 22, 2021

Shaun Miller
Reg. No. 99741-038
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232