UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                          16-10096-PBS

SHAUN MILLER

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

James Cipoletta, attorney of record for the defendant Shaun Miller, respectfully requests leave of Court to withdraw as CJA counsel.  As reasons therefore counsel states that (1) Counsel and defendant are in disagreement over substantial material aspects of the motion filed pro se by the defendant, and (2) the attorney-client relationship has broken down, and ,(3)  The defendant has indicated his desire to proceed *pro se* in litigating his motion for compassionate release.

Wherefore: Counsel respectfully requests the Court to grant leave to withdraw as counsel for the defendant in this matter.

Respectfully submitted,

*/s/ James J. Cipoletta*

_____
James J. Cipoletta
MA Bar No. 084260
385 Broadway - Suite 307
Revere, Massachusetts 02151
Telephone 781.289.7777
Email: jim@cipoletta.com

June 11, 2021

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing document to be filed with the ECF system, which will serve the document upon all parties of record and that I emailed the defendant a copy of this motion by way of corrlinks..

/s/ *James J. Cipoletta*
_____