FILED
IN CLERKS OFFICE

--------------------------------------------------------------------------------

FROM: 99741038
TO:
SUBJECT: Page 1 of 2
DATE: 06/09/2021 10:21:56 PM

2021 JUN 14  PM 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: The Honorable Patti B. Saris
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 2300
    Boston, MA 02210

FROM: Shaun Miller
    Reg. No. 99741-038
    Metropolitan Detention Center-Brooklyn
    P.O.BOX 329002
    Brooklyn, NY 11232

RE: Pending Motion for Compassionate Release filed 1/25/21

Dear Your Honor:

    I am writing in regards to some issues I am currently having surrounding my Motion for Compassionate Release that was filed Pro Se on January 25, 2021 and is currently pending before this Court. I would like to state for the record that this is now my fourth attempt at writing you about this matter. In February of 2021 I attempted to write this Court and tell of a huge coronavirus outbreak throughout this prison (MDC BROOKLYN) and the inhumane conditions that the inmates here were being forced to live under. However, that letter was intercepted and it never made it to the Court. Since then, it appears that the prison is not allowing any of my outgoing legal mail to leave this building. Sadly, I am now forced to send this letter to you third party through another inmate. My current reason for writing you is because I am having some conflicting issues with the attorney (Mr. James Cipoletta) that this Court has since graciously appointed to help me in this matter. For four months now Mr. Cipoletta has been leading me on to believe that he was going to supplement my pending Motion for Release. In the process, Mr. Cipoletta has stalled the government's response and the going forward of this Motion before the Court. I have explained to Mr. Cipoletta that time is of the essence in this matter, as the Motion is based on my health and current high risk of infection for COVID-19. Mr. Cipoletta has shown no concern for my safety in this matter and has in fact made statements to me over recorded phone conversations that have left me wondering just how seriously he takes my situation and compassionate release motions altogether. On or about March 22, 2021, during a recorded telephone call between Mr. Cipoletta and myself, I asked Mr. Cipoletta what case-laws he intended on adding to my pending motion. Mr. Cipoletta's response was quite frightening. Mr. Cipoletta responded by saying, "Oh, just some cases where a few inmates basically tried to scam their way out of prison because of COVID-19." Mr. Cipoletta's comment has left me to believe that he thinks any inmate who has been released on a Compassionate Release case because of COVID-19 has somehow scammed the United States Judicial system. It is my strong belief that such opinions should respectfully be left in the hands of the Most Honorable, and not in the hands of a mere defense attorney appointed to seek my best interests as a client. Since Mr. Cipoletta has made said comment, he has done absolutely nothing to move this matter along in a timely manner. In fact, Mr. Cipoletta has been attempting to persuade me to drop my health and COVID-19-related arguments altogether. I am greatly appreciative of the fact that you would appoint me counsel in this matter, Your Honor, as I did not seek legal representation when filing my Motion Pro Se. I honestly looked forward to Mr. Cipoletta's help in this matter. However, whereas Mr. Cipoletta has done absolutely nothing to help me in this case I am now left with no other option but to respectfully ask this Court to please take my pending Pro Se motion into consideration prima facia and to order the government to respond to the motion as is.

    In addition, I am happy to announce to the Court that the release address I provided in my motion has changed for the better. As of May 1, 2021, my sister has relocated to an entirely new town, far away from Cape Cod. With me living far away from the place I grew up and committed all of my crimes, I now have endless opportunities to prosper and be the productive member of society that I know I can be. My sister's information and my new release address is as follows:

        Brianna Miller
        Phone Number 508-360-6560
        302 Hope Street, Unit 2
        Fall River, MA 02721

    Your Honor, I am desperately seeking your help in this matter and I thank you in advance for your efforts.

------------------------------------------------------------------------------------------------------

Very Truly,

Shaun Miller
Reg. No. 99741-038
MDC Brooklyn
P.O.BOX 329002
Brooklyn, NY 11232