**JAMES J. CIPOLETTA**
*Attorney at Law*
385 Broadway
Revere, Massachusetts 02151

Telephone 781.289.7777
Facsimile 781.289.9468

March 11, 2021

Shaun Miller
Reg No. 99741-038
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

Dear Shaun:

    Just a quick follow-up to our letter of February 11, 2021 advising that I have been appointed to represent you in the pending motion for release. I would like to supplement your filing.

    If you have attempted to call but did not get through, please note that the best time to reach me is after 2:00PM on most days. If you have decided that you do not desire legal representation please send me a short note.

Very truly yours,

*[signature]*
James J. Cipoletta

JJC:lt

**EXHIBIT 1**

March 20, 2021

James J. Cipoletta
385 Broadway
Revere, MA 02151


Dear James:

    I am writing in response to your letter dated March 11, 2021. I was surprised to learn that you have been appointed to represent m in my pending motion for release. You mentioned a February 11, 2021 letter. It is to my disappointment that I had no knowledge of such. It appears that the staff misconduct here at MDC Brooklyn reaches far beyond that of the medical personel and that I am now also being denied my right to receive very important legal mail. Moving forward I would like for all of our correspondence from this point on to be conducted through the inmate emailing system to ensure that my right are not further violated by the BoP. I will send you a request through Corrlinks asap. Please accept.

    In addition, I will indeed be trying to reach you at the office this week after 2PM. However, it may be better for you to call MDC Brooklyn and schedule a private, unmonitored phonecall between you and I, as that is typically the procedure done here at the MDC. You have expressed your desire to supplement my filing and I wish to discuss your thoughts and ideas prior to any further filings in this very serious matter.

## EXHIBIT 2

Page 1 of 3

Furthermore, I have been monitoring my docket through P.A.C.E. and have learned that a brief was submitted on my behalf by a former cellmate of mine on March 8, 2021. Although I am unaware of how or why this man filed anything on my behalf, I am not opposed to the contents of said document. My only concern is for the Exhibit that was attached to the document, namely, an old request for Compassionate Release that I filed to the previous Warden here at MDC Brooklyn (Warden Edge) back in late 2019. That request was filed prior to COVID-19, was based solely on the death of my child's mother, and was ultimately denied in January of 2020. Please see Attachment A.

I do not want the Court (or the government) to confuse said request with the December 17, 2020 request for Compassionate Release mentioned in my motion that was filed to the current Warden here at the MDC (Warden Tellez). That request has still gone unanswered. The reason that I believe there may be some confusion about these matters is because I did not provide the Court with a copy of the December 17, 2020 request, simply because I do not have one. I do, however, have a copy of a February 17, 2021 follow-up request, which has also gone unanswered, that I am sending with this letter as well. I would like all parties to understand that the December 17, 2020 request mentioned in my motion was based on the same reasons put forth in my motion, and not based solely on the death of my child's mother and the suffering of my child as a result thereof. Otherwise, the government might argue (and the Court might rule) that I did not fully exhaust all of my administrative remedies, as I truly have, because I did not argue all of the facts set forth in the motion with the warden first, as I truly have. I pray that you will understand.

# EXHIBIT 2

Page 2 of 3

Finally, I have one more concern in regards to this motion and my release from prison. Up until March 17, 2021 I was under the belief that as a term of my Supervised Release I was banned from the town of Barnstable. I have recently now learned that I am not simply banned from the town of Barnstable, but rather the entire County of Barnstable, for the first year of my Supervised Release. This covers not only the two small towns that are directly linked to my crimes, namely, Hyannis and Yarmouth, but includes all of the surrounding towns in that area. The problem is that all of my family and support is in those surrounding towns. More specifically, my sister's home that I mentioned as being my release adress for possible home confinement is in the town of South Dennis, MA, which also is in the County of Barnstable. Therefore, if the Court chooses to grant my motion for release, I would like to further request that the Court modify this term of my Supervised Release to ban me only from the towns directly linked to my crime, in order to ensure that I may successfully reunite with my family and have a positive re-entry back into society.

Thank you for your efforts, James. I look forward to speaking with you. God bless you.

Very Truly,

Shaun Miller
Shaun Miller
Reg No. 99741-038
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

# EXHIBIT 2

Page 3 of 3

INMATE REQUEST TO STAFF
(RESPONSE)

TO: **MILLER**, Shaun
    Reg. No.: 99741-038

DISPOSITION:

This is in response to your documentation provided to staff on or about December 30, 2019, wherein you request to be considered for early release pursuant to 18 U.S.C. §§ 3582(c)(1)(A). You state you are eligible for Compassionate Release/Reduction in Sentence consideration, due to the care and custody you provide to your son are not lost, and that your rights are not terminated although your aunt had legal guardianship of your son since 2012.

A thorough review of your request was completed utilizing Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 (c)(1)(A) and 4205(g)</u>, dated January 17, 2019. It has been determined you do not meet the criteria under the Non-Medical Circumstances-Death or Incapacitation of the Family Member Caregiver. Under this criterion, your aunt would be considered the primary caregiver. Furthermore, this information was available to the court at the time of sentencing.

Based on the above, your request is denied. If you are not satisfied with this response, you may appeal through the Administrative Remedy Program.

_____      1/21/2020
D. Edge, Warden                                                          Date

Attachment "A"

TRULINCS 99741038 - MILLER, SHAUN - Unit: BRO-D-A

---

FROM: 99741038
TO: AW Operations
SUBJECT: ***Request to Staff*** MILLER, SHAUN, Reg# 99741038, BRO-D-A
DATE: 02/17/2021 05:24:37 PM

To: Warden Tellez
Inmate Work Assignment: commissary

Dear Warden Tellez,

   on 12/17/20 I wrote a handwritten request to you seeking to be considered for early home confinement based on the CARES ACT. In the same letter, I also requested Compassionate Release pursuant to 18 U.S.C. Subsection 3582(c)(1)(A)(i) for the following extraordinary and compelling reasons: (1) I currently suffer from obesity, as I am 5' 10" tall, I weigh 230 lbs, and I have a BMI score of 33 kg/m2; (2) my condition (obesity) places me at high-risk of becoming seriously ill, hospitalized, or dying from COVID-19; (3) this prison is currently infested with COVID-19, and my position as a cadre worker with a gate pass places me at an extremely high-risk of contracting the virus as I frequent the building often and come into contact with many individuals on a daily basis; (4) I am a nonviolent offender; (5) I have remained incident-report free for four and a half years (my entire incarceration); (6) I have completed a plethora of educational courses as well as some vocational training during my incarceration to adequately rehabilitate myself; and, (7) I have a viable release plan.

   Upon completion of said request and on the above-mentioned date, I then placed said request in an unsealed envelope with proper prepaid postage, per MDC procedure, and handed it to the officer in charge of running the cadre unit (k-82) to be placed in the outgoing inmate mail. The envelope was addressed as follows:

                        Warden H. Tellez
                        Metropolitan Detention Center-Brooklyn
                        80 29th Street
                        P.O.BOX 329002
                        Brooklyn, NY 11232

   I am now writing to inquire as to why I have yet to receive a response to said request in approximately 60 days. Can you please get back to me as soon as possible about the very serious matter. I thank you in advance for your efforts.

                        Very Truly,

                        Shaun Miller
                        Reg. No. 99741-038
                        MDC-Brooklyn (cadre unit)

Attachment "B"