August 22, 2021

FILED
IN CLERKS OFFICE
1286
2021 AUG 25 PM 12:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk:

Enclosed is a formal request to the Honorable Patti B. Saris for reconsideration of my Motion for Compassionate Release filed before the Court on January 25, 2021 and decided on July 29, 2021. Please see that it reach the Judge's hands and that it be placed on the public docket. Thank you for your assistance.

Respectfully,

Shaun Miller

Shaun Miller,
Pro Se
Reg No. 99741-038
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

9/8/21

DENIED.

Patti B. Saris

